UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICARDO CANSECO,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, and DOES 1 to 10,<br><br>　　　　　　　　　　Defendants. | Case No.: 21-CV-425 JLS (RBB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>(ECF No. 16) |

Presently before the Court is the Parties' Joint Motion for Dismissal with Prejudice ("Joint Mot.," ECF No. 16). The Parties indicate they have entered into a negotiated settlement agreement. *See id.* Good cause appearing, the Court **GRANTS** the Joint Motion. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court **DISMISSES WITH PREJUDICE** Plaintiff Ricardo Canseco's claims against Defendants Ford Motor Company and Does 1 to 10, with each party to bear its own attorneys' fees and costs. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: June 27, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge